EDWIN W. MONTGOMERY, Appellant, v. BUFFALO RAILWAY COMPANY, Respondent.

(Argued January 7, 1901; decided January 22, 1901.)

Motion to amend remittitur granted, and the Supreme Court of the fourth department is requested to return the remittitur to this court in this case. Upon its being returned, the same is ordered to be amended so as to contain a direction for judgment absolute in favor of the defendant and against the plaintiff, in pursuance of the latter's stipulation to that effect, which was on file with the clerk of this court and a part of the record at the hearing of this appeal. (See 165 N. Y. 139.)

---

ROBERT EMMET DUNHAM, Appellant, v. JOHN A. DERAISMES et al., Respondents.

(Submitted January 7, 1901; decided January 22, 1901.)

Motion to amend remittitur granted, and remittitur amended so as to declare that the plaintiff is entitled to recover interest on the several unpaid installments of his annuity from the commencement of his action, except as to such installments as have accrued pending the action, and as to such interest from the date at which they have respectively accrued, and that the amount of plaintiff's recovery be apportioned among the defendants according to the shares that have been devised to them respectively. (See 165 N. Y. 65.)